# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )      CASE NUMBER 08mj1635-LSP
)
vs )      ABSTRACT OF ORDER
)      Booking No. 85817098
NICKOLAS MAGGIORE )
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/30/8 the Court entered the following order:

__X__ Defendant be released from custody. AS TO THIS CASE ONLY!

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. CHARGES PENDING IN 08CR2185-H

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by
J. Jarabek, Deputy Clerk

Received _____ DUSM

J. JARABEK

Crim-9 (Rev 6-95)                     ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY